# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company; MSP RECOVERY CLAIMS PROV, SERIES LLC, a Delaware series limited liability company, and MSPA CLAIMS I, LLC, a Florida limited liability company, <br><br>    Plaintiffs-Appellants, <br><br>MAO-MSO RECOVERY II, LLC, Series PMPI, a segregated series of MAO-MSO Recovery II, LLC, and MSP Recovery Claims Series 44, LLC, on behalf of themselves and all others similarly situated, <br><br>    Plaintiffs-Appellees, <br><br>  v. <br><br>PFIZER INC AND ADVANCED CARE SCRIPTS, <br><br>    Defendants-Appellees. | Case No. 25-7045 |

## CERTIFICATE AS TO PARTIES, RULINGS UNDER REVIEW, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

  **A.**  **Parties and Amici**

The parties who appeared before the district court in the proceedings below are Plaintiffs-Appellants MSP Recovery Claims, Series LLC, MSP Recovery

Claims PROV, Series LLC, and MSPA Claims I, LLC, Plaintiffs-Appellees MAO-MSO RECOVERY II, LLC, Series PMPI, a segregated series of MAO-MSO Recovery II, LLC, and MSP Recovery Claims Series 44, LLC, Defendants-Appellees Pfizer Inc. ("Pfizer") and Advanced Care Scripts, and Defendant Patient Access Network Foundation ("PANF"). The parties appearing before this Court are Plaintiffs-Appellants MSP Recovery Claims, Series LLC, MSP Recovery Claims PROV, Series LLC, and MSPA Claims I, LLC, Plaintiffs-Appellees MAO-MSO RECOVERY II, LLC, Series PMPI, a segregated series of MAO-MSO Recovery II, LLC, and MSP Recovery Claims Series 44, LLC, and Defendants-Appellees Pfizer and Advanced Care Scripts. There were no amici with respect to the motions giving rise to the rulings under review and the undersigned is currently unaware of any amici in this Court.

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Pfizer is a Delaware corporation with its principal place of business in New York, New York. No parent corporation or publicly held corporation owns 10% or more of Pfizer's stock.

### B. Rulings Under Review

Pursuant to D.C. Circuit Rule 28(a)(1)(B), the rulings under review are the order and memorandum opinion granting Defendants'-Appellees' and Defendant PANF's motions to dismiss, *MSP Recovery Claims, Series, LLC, et al. v. Pfizer, Inc., et al.,* No. 22-cv-01419 (DLF), Docs. 127-28, issued by the

Honorable Dabney L. Friedrich on March 4, 2025; the order granting in part and denying in part Plaintiffs'-Appellants' motion for leave to file a second amended complaint, *MSP Recovery Claims, Series, LLC, et al. v. Pfizer, Inc., et al.*, No. 22-cv-01419 (DLF), Doc. 110, issued by the Honorable Dabney L. Friedrich on July 5, 2024; and the order and memorandum opinion granting Defendants'-Appellees' and Defendant PANF's motions to dismiss, *MSP Recovery Claims, Series, LLC, et al. v. Pfizer, Inc., et al.*, No. 22-cv-01419 (DLF), Docs. 100-01, issued by the Honorable Dabney L. Friedrich on March 30, 2024.

### C. Related Cases

Pursuant to D.C. Circuit Rule 28(a)(1)(C), this case has not previously been before this Court. Counsel for Pfizer is unaware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Dated: May 8, 2025  /s/ *Neal A. Potischman*

Neal A. Potischman
Andrew Yaphe
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
neal.potischman@davispolk.com
andrew.yaphe@davispolk.com

James P. Rouhandeh
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
rouhandeh@davispolk.com

*Counsel for Defendant-Appellee Pfizer Inc.*

# CERTIFICATE OF SERVICE

I certify that on May 8, 2025, I filed the foregoing Certificate as to Parties, Rulings Under Review, and Related Cases via the appellate CM/ECF system of the United States Court of Appeals for the District of Columbia Circuit. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: May 8, 2025

/s/ Neal A. Potischman
_____
Neal A. Potischman
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
neal.potischman@davispolk.com

*Counsel for Defendant-Appellee Pfizer Inc.*